```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                    :    CASE NO. 04-B-41105 (JMP)
In Re                               :    CHAPTER 11
                                    :
        INGRID OLSEN                :
                                    :
                Debtor               :
--------------------------------------------------------X
```

# ERRATA ORDER

ORDERED, that the Memorandum Decision Regarding (I) Remand from the Court of Appeals to Determine Content and Meaning of Settlement Discussions and (II) Denial of Recusal, dated January 5, 2007, be corrected as follows:

1. Page 5, in the second paragraph, line 4 which currently reads:

    "adjourned the evidentiary from December 15 to December 19, 2006."

    should be corrected to read as follows:

    "adjourned the evidentiary hearing from December 15 to December 19, 2006."

2. Page 6, in the second full paragraph, lines 6-7 which currently reads:

    "Christine Black, one of Mr. Greene's law partners (also representing the Olsens);"

    should be corrected to read as follows:

    "Christine Black, one of Mr. Greene's law partners (also representing Mr. Olsen)"

3. Page 13, in the second full paragraph, lines 5-6 which currently reads:

    "Mr. Greene (counsel to the Olsens)."

    should be corrected to read as follows:

    "Mr. Greene (counsel to Mr. Olsen)."

4. Page 22, line 2 which currently reads:

"choosing not testify…"

should be corrected to read as follows:

"choosing not to testify…"

Dated: New York, New York
January 16, 2007

      *s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT